FILED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

CARL T. SWOPE, 27196-424

FMC-Devens
P.O. Box 879
Ayer, MA 01432

PLAINTIFF,

VS.

UNITED STATES DEPARTMENT OF JUSTICE,

FEDERAL BUREAU OF PRISONS,

DEFENDANTS.

CASE NUMBER   1:05CV02301
JUDGE: Royce C. Lamberth
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 11/29/2005

COMPLAINT PURSUANT TO THE FREEDOM
OF INFORMATION ACT AND PRIVACY ACT
5 USC 552 AND 5 USC 552(A)

Plaintiff, CARL T. Swope, pro se, states the following as his cause
of action.

1. Defendants first restricted telephone numbers from
Plaintiffs access citing security of the institution
then law enforcement investigations

2. Some of these calls were to Plaintiffs
Attorney from a previous case and other
people who the prison approved to be on
plaintiff phone list

RECEIVED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. When plaintiff filed FOIA/PA Request the transcribed recordings were denied because the prison cited a on-going law enforcement proceeding. However, as the court will note from the Justice Department Response they drop this reason.

4. They now allege third party privacy, however, each party who receives a call from a federal prison hears a pre-recorded message that states this call is from a federal prison and is subject to monitoring by excepting this call you consent to monitoring. They also allege they are compiled for law enforcement purposes yet there is no law enforcement investigation.

5. These people accused me of doing wrong but refused me access to the proof that would show I had done no wrong. They also took the numbers off my lot and transferred me to another prison. I want to see how my conversations in these transcribed recordings were a threat to the security of the prison.

Wherefore, plaintiff prays this court for an order directing the defendants to disclose to plaintiff all of the transcribed reports maintained in its offices at the U.S. Medical Center in Springfield, Missouri regarding FOIA/PA No. 2005-05090 Appeal No. 05-2071.



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                                   *Washington, D.C. 20530*


SEP 19 2005

Mr. Carl T. Swope
Register No. 27196-424
Federal Medical Center                Re:  Appeal No. 05-2071
Post Office Box 879                         Request No. 2005-05090
Ayer, MA  01432                             RLH:BVE:NSQ

Dear Mr. Swope:

   You appealed from the action of the North Central Regional Office of the Federal Bureau of Prisons on your request for access to copies of transcribed telephone conversations between you and third parties.

   The record you requested is exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.97 (2004). Because this record is not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the record you requested.

   The BOP has advised me that 5 U.S.C. § 552(b)(7)(A), which pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings, is no longer appropriate to withhold the requested records in their entireties. However the BOP, has asserted other statutory exemptions to withhold the requested records from you.

   Following discussions between the BOP and a member of my staff, I have determined that the BOP properly withheld the portions of the recorded conversations that contain statements made by a third party because these statements are protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(C). This provision concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties. I have determined that this information is not appropriate for discretionary release.

**FILED**

NOV 29 2005                                       05 2301

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EX -1-

-2-

Regarding your portion of the taped conversations, I have determined that this material is exempt from disclosure and cannot be provided to you. See <u>McMillian v. Fed. Bureau of Prisons</u>, No. 03-1210, slip op. at 15 (D.D.C. July 23, 2004)(no portions could be segregated for release because all portions are inextricably intertwined and would invade the privacy of third parties).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

May 31, 2005

Carl Swope
Register No. 27196-424
MCFP - Springfield
P.O. Box 4000
Springfield, MO 65801

Information Request No. 05-5090

Dear Mr. Swope:

This is in response to the above referenced information request. Specifically, you request copies of the transcripts of your phone conversations with Dr. Bernard Wechsler (732) 441-0230 and Lucia, Vincent, Olympia, and Carmella Esposito (212) 744-6324.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, your access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.5, <u>Release of Information</u>, and Program Statement 5800.11, <u>Inmate Central File, Privacy Folder and Parole Commission File.</u>

The records you have requested have been reviewed in this office and it has been determined that these records may not be released to you.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552(b)(2)-(7), the records are exempt from disclosure to you under the following exemptions:

05 2301
FILED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EX-2-

(b)(7)(A)- could reasonably be expected to interfere with enforcement proceedings
(b)(7)(E) - discloses investigative techniques and procedures

If you are dissatisfied with my response, you may appeal to the Assistant Attorney General, pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45 by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Privacy, U.S. Department of Justice, FLAG Bldg. Suite 570, Washington, D.C. 20530.

Sincerely,

Daryl Kosiak
Regional Counsel

*C. Thomas Swope*
*P. O. Box 4000*
*Springfield, MO*
*carltswope@yahoo.com*

May 1, 2005

Federal Bureau of Prisons
Central Office
**Freedom of Information Act/Privacy Acts Section**
320 First Street
Washington, D.C.  -20534-

In Re:   Freedom of Information Request

Greetings:

I am requesting the following information under the FOIA/PA provision:

1)   Copies of all telephone conversation(s) recorded by the SIS Department here at the Medical Center for Federal Prisoners--1900 West Sunshine, Springfield, Missouri 65807.

The following is provided for better processing of this request:

   I want copies of transcribed conversation to the following people:   Dr. Bernard Wechsler, M.D.
   7606 Seventh Avenue, Brooklyn, NY  11209  (732) 441-0230

   Lucia, Vincent, Olympia, and Carmella Esposito
   67 East 77th Street, New York, New York  10021
   (212) 744-6324

This facility has alleged I have violated the security and good order of the institution. They have restricted access to phone numbers that I have not had a problem calling before so I want copies of all transcribed report(s)/document(s) that relate to the above people/number(s). Transcribed report(s) should be contained in the SIS office here at M.C.F.P. and in the LT'S office as well.

Should you deny any part of this request I wish to know the reason why and where I can appeal the denial of said information. Please advise upon receipt of this request as required by 28 C.F.R. 16.3 filing of FOIA/PA Request.

**FILED** 05 2301

NOV 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex -3-

FOIA/PA Request
May 1, 2005
Page -2-

Form DOJ-361 is provided for the processing of this request.

Respectfully submitted,

Carl T. Swope, 27196-424

CTS

Enclosure

xc:  Terri Drew, Attorney
     Flora Edwards, Attorney
     Legal Office, Mr. Bitz (Attorney)
     File

Form DOJ-361

This is the html version of the file http://www.usdoj.gov/04foia/forms/cert_ind.pdf.
**G o o g l e** automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:Bc4bb4TmJgIJ:www.usdoj.gov/04foia/forms/cert_ind.pdf+%22usdoj+gov+04foia+forms+cert_ind%22&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These terms only appear in links pointing to this page: **usdoj gov 04foia forms cert_ind**

Page 1 of 2

U.S. Department of Justice

Page 1

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    CARL THOMAS SWOPE    (27196-424)

Citizenship Status [2]    UNITED STATES    Social Security Number [3]    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

Current Address    M.C.F.P.    P.O. BOX 4000 -- SPRINGFIELD, MO 65801

Date of Birth    08/06/1969    Place of Birth    Kirkwood, Missouri

http://216.239.57.104/search?q=cache:Bc4bb4TmJgIJ:www.usdoj.gov/04foia/forms/cert_ind.pdf+%22usdoj.gov/04foia/forms/c...    1/24/2005

Form DOJ-361

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature **[signature]**    Date May 1, 2005

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04

http://216.239.57.104/search?q=cache:Bc4bb4TmJgIJ:www.usdoj.gov/04foia/forms/cert_ind.pdf+%22usdoj.gov/04foia/forms/c...    1/24/2005



U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

April 28, 2005

MEMORANDUM FOR ALL CONCERNED

FROM: Bruce Schrock, Medical Unit Case Manager

SUBJECT: **SWOPE, Carl  Reg. No. 27196-424**

The following telephone numbers have been removed from Swope's approved telephone list by the SIS Office and the Warden to maintain the security and orderly running of this facility.

(212) 744-6324
(718) 617-2800
(732) 441-0230
(845) 369-1722
(917) 447-6339
(917) 771-0996

05 2301

FILED

NOV 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EX-4-