UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARL T. SWOPE,                    )
               Plaintiff,    )
   v.                             )     Case No. 05-2301 (RCL)
                                )
UNITED STATES DEPARTMENT          )
OF JUSTICE, et al.                )
               Defendant.    )

## ANSWER

Defendants, by their undersigned attorneys, hereby respond to each numbered paragraph of the complaint, using the same numeration, as follows:

1) and 2). Defendants are without sufficient information to admit or deny the averments contained in paragraphs 1 and 2 due to lack of clarity in the averments and therefore deny. However, defendants aver that by memorandum dated April 28, 2005, telephone numbers were removed from plaintiff's approved telephone list as is reflected in said document "by the SIS Office and the Warden to maintain the security and orderly running of this facility."

3) Defendants admit that a letter to plaintiff dated May 31, 2005, advised that records he had requested were exempted by Freedom of Information Act exemption (b)(7)(A) based on on-going law enforcement proceedings. Defendants further admit that a letter to plaintiff dated September 19, 2005 advised that exemption (b)(7)(A) was no longer appropriate to withhold the requested records in their entireties. Defendants further aver that recorded conversations were found, but that no verbatim transcriptions of conversations were ever made.

4) Defendants admit that 7(C), the personal privacy exemption, was asserted. Defendants deny that third parties were advised by a recording that their calls are subject to monitoring. Defendants admit recordings are made for law enforcement purposes. Defendants

deny the remainder of the averments in paragraph 4.

5) Defendants admit that telephone numbers were removed from plaintiff's approved telephone list as is reflected in paragraph 1 above. Defendants admit that plaintiff was transferred to another facility. Defendants are without sufficient knowledge or information to otherwise admit or deny the averments contained in the first and last sentences of paragraph five and add that the averments in this paragraph go beyond the scope of relief authorized under the Freedom of Information/Privacy Acts. Otherwise, to the extent a response is required, defendants deny the averments contained in paragraph five.

The last unnumbered paragraph of plaintiff's complaint is his prayer for relief to which no response is required. To the extent one is deem to be required, defendants deny that plaintiff is entitled to the relief requested.

To the extent any averments in plaintiff's complaint are not specifically admitted herein, they are denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th Day of February 2006, a copy of the foregoing Answer was mailed, postage prepaid to plaintiff pro se.

Carl T. Swope 27196-424

FMC Devens

PO Box 879
Ayer, MA 01432

_____

Rhonda C. Fields

Assistant United States Attorney