UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL T. SWOPE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil No. 05-2301 (RCL) |
| | ) |
| **UNITED STATES DEPARTMENT OF JUSTICE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

If defendants expect to file a dispositive motion herein, they shall do so within 10 days of this date.

    SO ORDERED.


**Signed by Royce C. Lamberth, United States District Judge, on February 22, 2006**