UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARL T. SWOPE, | ) | |
|     Petitioner, | ) | |
| v. | ) | Case No. 05-2301 (RCL) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, et al. | ) | |
|     Respondent. | ) | |

ORDER

Upon consideration of the defendants' motion for summary judgment, the response thereto, and the entire record in this matter, it is hereby

ORDERED that the defendants' motion is GRANTED, and the plaintiff's complaint is dismissed.

Date: _____
                                                     UNITED STATED DISTRICT JUDGE