UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARL T. SWOPE,                          )
                                         )
         PLAINTIFF,                     )    Cause No.  05-CV-02301-RCL
                                         )
    VS.                                  )
                                         )
UNITED STATES DEPARTMENT OF JUSTICE,    )
FEDERAL BUREAU OF PRISONS,              )
                                         )
         DEFENDANTS.                    )

### MOTION FOR APPOINTMENT OF COUNSEL

Comes Now, Carl T. Swope, Pro-se, and in want of counsel and hereby moves this honorable court for an order appointing counsel in the above styled cause and case.  The above FOIA/PA suit is seeking information that will be used in a civil rights litigation suit and resulted in the rape of the Plaintiff by a Correctional Investigator, Mark Green at the Federal Medical Center in Springfield, Missouri in May of 2005.  The Plaintiff is without the necessary legal knowledge to defend against this cause of action and has several medical problems that include:  Heart, asthma, seizures, bladder disorder, deafness in the left ear and hearing aid in the right, back pain, cluster headaches, and PTSD as a result of the rape.  Plaintiff is on several medications for the treatment of these conditions and is also awaiting a third operation as well.

**WHEREFORE** all the above and foregoing reasons the plaintiff respectfully prays this honorable court to grant counsel in this case so that the plaintiff will have a fair chance to defend his cause of action.  This interest of the court will best be served by the appointment of counsel as well.

RECEIVED

MAR 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*[signature]*

Carl T. Swope, 27196-424
FMC-DEVENS
Post Office Box 879
Ayer, MA  01432-0879

*Copy hereby mailed to AUSA [illegible]*
*Atty. for defendants, 3-10-06*
*[signature]*

Is this correct?

MEDICAL CENTER FOR
FEDERAL PRISONERS
LEGAL OFFICE
MAY 18 2005
RECEIVED

5-21-05

Mr. Bitz Staff Atty

Your Staff

I have refused to get any mail filed with the U.S. District Court Judge, Royce Lamberth. A very serious mistake. Notices, letters and other documents to this court. I should be able to petition this court.

I am asking you to inform this there is no reason anyone to keep me confined. You have put my phone out to whom — in M. Monsoon. And you read my mail anyway.

The telephone restriction notice still does not set out the facts that warrant the investigation or the Code or Fed. Reg. Reg.

My unit team has refused to give me any BP-9's or answer my requests. And I am still waiting to go to DHO for almost 3 months now.

~~[struck out line]~~
~~[struck out line]~~ Thank you

---

I'm not aware that anyone has ~~refused to allow you to file documents with the Court. As you were advised,~~ ~~no one is required to~~ specifically advise you of the precise reasons ~~why a telephone number is blocked. Finally,~~ you are in administrative detention pending investigation of committing prohibited acts. ~~The DHO is~~ making arrangements to have Ms. Linaweaver serve as your staff representative for an incident report.

Dennis Bitz, Attorney   5/18/05



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

November 24, 2005

**COPY FOR YOUR INFORMATION**

Daniel G. Cronin, Assistant Federal Public Defender
Southern District of Illinois
650 Missouri Avenue, Suite G10A
East St. Louis, IL 62201

RE: SWOPE, Carl Thomas
    Reg. No. 27196-424

Dear Mr. Cronin:

This letter is in response to your correspondence dated November 1, 2005, which you request Mr. Carl Swope be transferred to another Federal Medical Center (FMC). Specifically, you noted he has expressed to you concerns for his safety and you are requesting he be considered for a transfer to FMC Butner, North Carolina.

An investigation into your request revealed the following: Due to medical concerns, Mr. Swope was transferred from FMC Springfield, Missouri, to this facility on June 21, 2005, by the Office of Medical Designations and Transportation, Central Office, for continued medical treatment. At this time he is classified as a medical Care Level 3, unstable, complex chronic care, and he remains under evaluation/treatment by our medical providers. We are aware Mr. Swope has expressed concerns for his safety and the matter is currently the subject of an investigation. If we find a factual basis that a threat to his safety does exist, we will initiate a transfer request to an appropriate facility. However, it is imperative we thoroughly investigate the issue so we can document potential safety and security issues involving Mr. Swope for future correctional management.

Although we understand the basis of your request, Mr. Swope is placed in a facility for a medical evaluation and treatment. Therefore, a transfer to another Bureau of Prisons medical center without a completed investigation would not be appropriate and may interfere with the continuity of care. If our medical treatment providers affirm he could better benefit from services provided at another Bureau of Prison's facility, or if Mr. Swope's claims are verified, he will be considered for transfer.

I trust this information answers any questions or concerns.

David L. Winn
Warden

DEC - 3 2005

## FEDERAL PUBLIC DEFENDER

SOUTHERN DISTRICT OF ILLINOIS

PHILLIP J. KAVANAUGH
FEDERAL PUBLIC DEFENDER

TELEPHONE: (618) 482-9050
FAX: (618) 482-9057

June 17, 2005

650 MISSOURI AVENUE, SUITE G10A
P.O. BOX 159
EAST ST. LOUIS, ILLINOIS 62201

401 WEST MAIN STREET
P.O. BOX 1075
BENTON, ILLINOIS 62812

Carl Swope
Reg. No. 27196-424
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801-4000

Re:   United States v. Carl Swope
      Case No. S1-4:03CR30 CEJ

Dear Mr. Swope,

As you are no doubt aware, the staff at MCFP Springfield seems less than thrilled with my request for a phone call from you, because apparently, it requires three staff people to make that phone call happen. At my end, one difficulty is that the timing of the afternoon shift change precludes that call from occurring any later than early afternoon.

I have not given up hope of having that telephone conversation, but frankly my schedule lately is such that I have to be certain that re-arranging my schedule to fit that of the MCFP Springfield staff is justified.

You say that you cannot discuss this matter in a letter to me. However, I would like you to at least write to me and tell me in a general way what you want me to do with the information you want to convey to me later in a phone call. The reason why I ask is that if you are asking for a remedy which I cannot pursue, it may not be necessary to continue attempting you arrange the phone conversation which you have requested.

Please write back with a bare bones description of what you would like me to do with the information you could give me over the telephone, e.g. "try to change AUSA Rosen's mind," "file a suit against the Bureau of Prisons," "write to the judge in state court," etc. After I receive your letter, I will re-evaluate the need for a phone conversation.

Sincerely,

DANIEL G. CRONIN
Assistant Federal Public Defender

# FEDERAL PUBLIC DEFENDER

SOUTHERN DISTRICT OF ILLINOIS

PHILLIP J. KAVANAUGH
FEDERAL PUBLIC DEFENDER

TELEPHONE: (618) 482-9050
FAX: (618) 482-9057

July 25, 2005

650 MISSOURI AVENUE, SUITE G10A
P.O. BOX 159
EAST ST. LOUIS, ILLINOIS 62201

401 WEST MAIN STREET
BENTON, ILLINOIS 62812

Carl Swope
Reg. No. 27196-424
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

Re:   **United States v. Carl Swope**
      **Case No. S1-4:03CR30 CEJ**

Dear Mr. Swope,

I have received your letter dated July 12, 2005. I simply cannot arrange to see you in person, but I do want to follow-up on your statutory references. Given how far you are now from the Southern District of Illinois, you may be better served by having a legal clinic from an area law school take over as your advocate. I would like to discuss this possibility with you, and so am writing to request that you be allowed to make an unmonitored telephone call to me as your attorney.

As you will recall, the last time we attempted to arrange this type of phone call, the times which I suggested were not acceptable to the BOP staff at MCFP Springfield. Please have your case manager or unit manager call me at their convenience so that I can schedule this phone call at a time which best suits their schedules. If you have any difficulty in this regard, please write back as soon as possible.

Sincerely,

*Daniel A. Cronin*
DANIEL G. CRONIN
Assistant Federal Public Defender

## FEDERAL PUBLIC DEFENDER

SOUTHERN DISTRICT OF ILLINOIS

PHILLIP J. KAVANAUGH
FEDERAL PUBLIC DEFENDER

TELEPHONE: (618) 482-9050
FAX: (618) 482-9057

June 17, 2005

650 MISSOURI AVENUE, SUITE G10A
P.O. BOX 159
EAST ST. LOUIS, ILLINOIS 62201

401 WEST MAIN STREET
P.O. BOX 1075
BENTON, ILLINOIS 62812


Carl Swope
Reg. No. 27196-424
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801-4000

Re:  **United States v. Carl Swope**
     **Case No. S1-4:03CR30 CEJ**

Dear Mr. Swope,

As you are no doubt aware, the staff at MCFP Springfield seems less than thrilled with my request for a phone call from you, because apparently, it requires three staff people to make that phone call happen. At my end, one difficulty is that the timing of the afternoon shift change precludes that call from occurring any later than early afternoon.

I have not given up hope of having that telephone conversation, but frankly my schedule lately is such that I have to be certain that re-arranging my schedule to fit that of the MCFP Springfield staff is justified.

You say that you cannot discuss this matter in a letter to me. However, I would like you to at least write to me and tell me in a general way what you want me to do with the information you want to convey to me later in a phone call. The reason why I ask is that if you are asking for a remedy which I cannot pursue, it may not be necessary to continue attempting you arrange the phone conversation which you have requested.

Please write back with a bare bones description of what you would like me to do with the information you could give me over the telephone, e.g. "try to change AUSA Rosen's mind," "file a suit against the Bureau of Prisons," "write to the judge in state court," etc. After I receive your letter, I will re-evaluate the need for a phone conversation.

Sincerely,

*Daniel J. Cronin*

DANIEL G. CRONIN
Assistant Federal Public Defender

FEDERAL PUBLIC DEFENDER

SOUTHERN DISTRICT OF ILLINOIS

PHILLIP J. KAVANAUGH
FEDERAL PUBLIC DEFENDER

TELEPHONE: (618) 482-9050
FAX: (618) 482-9057

December 15, 2005

650 MISSOURI AVENUE, SUITE G10A
EAST ST. LOUIS, ILLINOIS 62201

401 WEST MAIN STREET
BENTON, ILLINOIS 62812

Carl Swope
Reg. No. 27196-424
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

Re:   **United States v. Carl Swope**
      **Case No. S1-4:03CR30 CEJ**

Dear Mr. Swope,

I am in receipt of your letter dated December 8, 2005 and its attachments. Enclosed, please find your letter and its attachments. I have retained a copy for your closed files.

Mr. Swope, I no longer represent you. I am not in a position to seek transcribed records of prison phone calls or previous requests by you for help from other entities.

The fact that the duration of my legal representation for you does not coincide with the length of your imprisonment does not mean that I condone the mistreatment which you apparently have received. The consultations and medications which you have received from a Bureau of Prisons psychiatrist and the civil suit which you have been able to file reassure me - as did your previous correspondence to individuals and organizations including Senator Bond and Senator Kennedy - that this mistreatment will not go without the publicity and scrutiny which it deserves.

Sincerely,

DANIEL G. CRONIN
Assistant Federal Public Defender

enclosures

1. Name Of Institution: MCFP

Part I - Incident Report

| 2. Name Of Inmate<br>SWOPE, CARL | 3. Register Number<br>27196-424 | 4. Date Of Incident<br>12/01/2003 | 5. Time<br>8:31 PM |
|---|---|---|---|
| 6. Place Of Incident<br>SIS TELEPHONE ROOM, LINE 33 | 7. Assignment<br>ORD M01 D | 8. Unit MEDICAL | |

9. Incident CIRCUMVENTING TELEPHONE MONITORING PROCEDURES     CODE 397
           LYING TO A STAFF MEMBER                            CODE 313

11. Description Of Incident (Date: 12/02/2003 Time: 4:30 PM Staff become aware of incident)
An investigation revealed that on 12/01/2003, at 8:31pm, telephone line 33, to phone number 732-441-0230, inmate Swope, Carl #27196-424 spoke with Inmate Gigante, Vincent #26071-037 doctor reading Inmate Gigante medical tests to him. When I asked inmate Swope about the incident he said, "I didn't know it was wrong." Further investigation reveals inmate Swope is a hospice volunteer who received training about not revealing any medical records to anyone. Swope signed he received his Inmate Handbook. Inmate Swope not only circumvented the phones, he lied to me that he did not know. Inmate Swope also circumvented the phone system on 11/28/03, 19:12, line 33 and on 11/19/03, 21:34, line 34. By his own admission, he talked with Gigante doctor. Circumventing the telephone monitoring procedures is in clear violation of Bureau of Prisons rules and regulations.

| 12. Signature Of Reporting Employee | Date And Time<br>12/02/2003<br>4:40 pm | 13. Name And Title (Printed) B. Shirrell SIS TECH | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident Report Delivered<br>12/2/03 | 16. time Incident Report Delivered<br>1750 |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident _I Thought Everything Was OK, I Had Gigate's Permission To Reveal his Medical Records To his Doctor_

18. A. XX It Is The Finding Of The Committee That You:
       XX Committed The Following Prohibited Act. 397
       XX Did Not Commit A Prohibited Act. 313

    B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
    C. XX The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information _Based Officer's Information That There Are 3 Identified Specific Times That Swope Was On Gigante's Telephone_

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
_12 Months Telephone Restriction To End on 11-25-04_

21. Date And Time Of Action _12-4-03 10:30pm_ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

_R. Hoops_                    _G.F. Gayer_
Chairman (Typed Name/Signature)    Member (Typed Name)          Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of Part I Preparation

BP-S288.052  INCIDENT REPORT
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

1. Name Of Institution: MCFP

Part I - Incident Report

| 2. Name Of Inmate<br>GIGANTE, VINCENT | 3. Register Number<br>26071-037 | 4. Date Of Incident<br>12/01/2003 | 5. Time<br>8:31 PM |
|---|---|---|---|
| 6. Place Of Incident<br>SIS TELEPHONE ROOM, LINE 33 | 7. Assignment<br>MEDUNASSG | 8. Unit MEDICAL | |

9. Incident CIRCUMVENTING TELEPHONE MONITORING PROCEDURES          CODE 397

11. Description Of Incident (Date: 12/02/2003 Time: 4:30 PM Staff become aware of incident)
An investigation revealed that on 12/01/2003, at 8:31pm, telephone line 33, to phone number 732-441-0230, Inmate Gigante, Vincent #26071-037 allowed inmate Swope #27196-424 read his medical tests to his doctor on the outside. When I question Gigante he said, "I didn't know it was wrong." Further investigation reveals inmate Gigante allowed inmate Swope to talk to his doctor on the following dates; 11/28/2003,19:12,line33, and 11/19/2003,21:34,line 34. Gigante signed he received his Inmate Handbook. He is responsible to have read it. Inmate Gigante circumvented the phones by allowing another inmate who was not approved to talk on his phone call. All calls are on tape in the SIS telephone room. Circumventing the telephone monitoring procedures is in clear violation of Bureau of Prisons rules and regulations.

| 12. Signature Of Reporting Employee | Date And Time<br>12/02/2003<br>4:50 pm | 13. Name And Title (Printed) B. Shirrell SIS TECH | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident Report Delivered<br>12/02/03 | 16. time Incident Report Delivered<br>1750 |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

18. A. It Is The Finding Of The Committee That You:
___ Committed The Following Prohibited Act.

___ Did Not Commit A Prohibited Act.

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature)    Member (Typed Name)    Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation

**Administrative Remedy No.374725-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you contend the Warden's decision to restrict your telephone privileges. You state the incident report comprised contrived information, and was rooted in an assault by staff, and its processing was untimely. Additionally, you allege staff committed an assault and mentioned the word "rape," but failed to specify the victim. You continued by stating after staff locked you up you were assaulted.

In accordance with Program Statement 5264.07, <u>Telephone Regulations for Inmates</u>, the Warden reserves the discretion to partially or totally restrict telephone restrictions, pending an investigation or Disciplinary Action for possible telephone abuse. This measure is necessary to ensure the safety, security, and good order of the institution, and public is preserved.

However, the concerns you raised pertaining to the validity of the discipline process, for your violation of code 297, have not been previously addressed within this line of the remedy process. As such, it will not be addressed here. You must first address these issues as an appeal to the Regional Director.

Yet, staff conduct is governed by Program Statement 3420.09, <u>Standards of Employee Conduct</u>. The Bureau of Prisons takes seriously allegations of staff misconduct, such as those you raise in this Administrative Remedy Appeal. We have referred this matter to another component of the Bureau of Prisons for appropriate action.

Accordingly, this response is for informational purposes only.

_September 28, 2005_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden | DATE: 4-28-05 |
|---|---|
| FROM: Carl T. Swope | REGISTER NO.: 27196-424 |
| WORK ASSIGNMENT: | UNIT: I-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Sir:

Will you please provide me with a copy of the Request For Telephone Restriction Form BP-074.052 done by SIS to you requesting some of my Phone Numbers be Restricted.

I would like to know How I violated the Security and orderly Runnuence of the prison.

Thank you Sir.

(Do not write below this line)

DISPOSITION:

There is no requirement we demonstrate to you, how your use of the telephone numbers in question, poses a threat to institution security or good order, or a threat to the public.

| Signature Staff Member | Date |
|---|---|
| [signature], S.I.S. | 5-16-05 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055   **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Hare D.O. 1-2 Clinic | 8-1-04 |
| FROM: | REGISTER NO.: |
| Carl Swope | 27196-424 |
| WORK ASSIGNMENT: | UNIT: |
| — | 1-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Sir, Will you increase my Bedtime (HS) Topramax to 150mg I am Taking 200mg BID This would make it 250mg per day 100mg @ 10:30am pill line and 150mg @ 9:30pm pill line.

Thank you.

(Do not write below this line)

DISPOSITION:

Certainly Carl, consider it done, would you like juice c̄ that?

Signature Staff Member   Date   8/2/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Hare D.O. 1-2 Clinic | 5-27-05 |
| FROM: Carl T. Swope | REGISTER NO.: 27196-424 |
| WORK ASSIGNMENT: — | UNIT: 2-1-E SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

1) I eat as much as I can but I am still in pain, I do not sleep well and it is hard to keep food down at times plus the added stress has not helped any.

2) The nurse told me they never got a TID Resource order the one they had was from 1-3 and had expired. You have to reorder it for it to be good now.

3) Ms. Linaweaver wants to send me to Butner NC will you talk to her to see if it can be done soon. Being over here just makes my situation worse, let me know what you find out. How is "Mr G" doing/cooking? I do worry about him.

4) (Do not write below this line) I hope he takes his medication and eats right.

DISPOSITION:

2) I re-ordered the resource today

3) I've talked to Ms. Linaweaver and agree to her I'm doing the best I can & have requested Butner

4) Mr. "G" seems ok, nurses are helping w/ his meds + far as I can tell

Signature Staff Member          Date 6-1-05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Hare D.O. 1-2 Clinic | 12-11-04 |
| FROM: | REGISTER NO.: |
| Carl Swope | 27196-424 |
| WORK ASSIGNMENT: | UNIT: |
|  | 1-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr Hare, would like to know if you can start me on Calan SR 240mg again. I am taking a lot of Nitro even with the Nitro patch I am on. And I know from before the Calan SR did help some. Would you mind if we at least gave it a chance for 90 days to see if I can cut down on the Nitro use.

Do you know if the Hearing Aid has been ordered yet? Have they made arrangements for the ENG testing w/ Dr. Hitchell?

Thank you Sir

(Do not write below this line)

DISPOSITION:

① Now, you're a Dr. right why don't you order it yourself
② No!
③ Don't know!

| Signature Staff Member | Date |
|---|---|
|  | 12-13-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Hare DO 1-2 Clinic | 5-30-05 |
| FROM: | REGISTER NO.: |
| Carl T. Swope | 27196-424 |
| WORK ASSIGNMENT: | UNIT: |
|  | 2-1-E SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

(7) Dr. Hare it's something new everyday and it seems I never hear it from my doctor. Now I find out you Dictated me to be Released on 5-13-2005 saying my medical treatment was done — why did you not tell me?

(8) And you forgot to put my Neurogenic Bladder disorder under the medical assignments.

(9) I hope the least you will you do is help me get to Butner, NC. I wish you would have just been honest with me. I never tried to do you wrong.

(Do not write below this line)

DISPOSITION:

(7) I was told by the powers to be to dictate you, it wasn't up to me although I think it is the best thing for you for the future

(8) I added Neurogenic Bladder to diagnosis #8

(9) I'm still working on Butner but any "Medical Center" is possible, we have minimal control of designation

Signature Staff Member        Date 6/1/05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Hake, D.O. 1-2 Clinic | 3-18-05 |
| FROM: | REGISTER NO.: |
| Carl Swope | 27196-424 |
| WORK ASSIGNMENT: | UNIT: |
| N/A | 1-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Will you please renew the following:

① Doxazosin 1mg PO HS
② Meclizine 25mg 1 Pill QID PRN

Thank You Sir.

(Do not write below this line)

DISPOSITION:

Renewed, Renewed its all renewed. I do know how to refill the Rx's MRS, I'm not totally incompetent. Each time you send a cop-out I have to pull the chart, you're being seen every week, same as MR. G. isn't that enough??

Signature Staff Member        Date 3/21/05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
                                         and BP-S148.070 APR 94

BP-A148.055  
SEP 98

*Dr. Denny,*  
*1-2 Clinic*

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Dr. Denny Psy.d. 1-2 Clinic | DATE: 6-9-05 |
|---|---|
| FROM: Carl Swope | REGISTER NO.: 27196-424 |
| WORK ASSIGNMENT: | UNIT: 2-1-2 SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

SIR. Any luck with the medical Records, were you able to locate them? Will you let me know this week? Will you try to set me up with counseling while I am over here in SHU. I need to talk. Something has happen to me Please see me this week. Any news on my transfer.

(Do not write below this line)

DISPOSITION:

6/10/05  I sent you the response on the records. I think that should resolve this coming week. I know nothing about your transfer. We can monitor your mental health needs but not provide routine therapy at this time (i.e. weekly) but we will but back order to see you.

Signature Staff Member [signature]   Date 6/10/05

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**



**Inmate ITS Phone Information**

| Inmate Reg #: | 27196424 | Current Institution: | Devens FMC |
| Inmate Name: | SWOPE, CARL | Housing Unit: | P-CC |
| Report Date: | 07/06/2005 | Living Quarters: | P02-193L |
| Report Time: | 9:28:03 AM | | |

Phone Services Suspended Until:    06/15/2007

| Phone # | Debit Block | Debit Reason | Collect Block | Collect Reason | Callee Language |
|---|---|---|---|---|---|
| 2127446324 | No | | No | | E |
| 2127853344 | No | | No | | E |
| 3142314324 | No | | No | | E |
| 3142412600 | No | | No | | E |
| 3143407625 | No | | No | | E |
| 3144023383 | No | | No | | E |
| 3145415715 | No | | No | | E |
| 3146442600 | No | | No | | E |
| 3147769059 | No | | No | | E |
| 3147814777 | No | | No | | E |
| 3148412250 | No | | No | | E |
| 3148650805 | No | | No | | E |
| 3148651959 | No | | No | | E |
| 4178957000 | No | | No | | E |
| 5737019408 | No | | No | | E |
| 6184829050 | No | | No | | E |
| 6185671115 | No | | No | | E |
| 6186642200 | No | | No | | E |
| 6364583177 | No | | No | | E |
| 7182547000 | No | | No | | E |
| 7186172800 | No | | No | | E |
| 7324410230 | No | | No | | E |
| 7327503461 | No | | No | | E |
| 8162210080 | No | | No | | E |
| 8453691722 | No | | No | | E |
| 9132270950 | No | | No | | E |
| 9142480323 | No | | No | | E |
| 9174476339 | No | | No | | E |
| 9177710996 | No | | No | | E |
| 9178812576 | No | | No | | E |
| 91866569391 | No | | No | | E |

Total Count Of Phone Numbers:    31