UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUMBIA

CARL T. SWOPE,

PLAINTIFF,

vs.

UNITED STATES DEPARTMENT OF JUSTICE, ET, AT.,

DEFENDANT(S).

Case No. 05-2301 (RCL)

**NOTICE TO DEPOSE BY NONSTENOGRAPHIC MEANS IS HEREBY GIVEN BY PLAINTIFF TO DEFENDANTS**

Comes Now, Carl T. Swope, Plaintiff, **pro-se,** and hereby gives notice to Defendants that Plaintiff will depose "Matthew Duplessis" a SIS investigator at the Federal Medical Center located in Ayer, MA 01432 on March 22, 2006 at 7:00 p.m. This time frame is in the evening and after mainline and this officer should be available at that time should this be a problem I can work around this time and see that another time that may be more agreeable to Defendants would be more appropriate. Perhaps after the 9:00 p.m. count after movement has been stopped this staff member could arrange for me to be escorted to his office for the deposition.

Lt. Duplessis is a material witness in this case and I have provided at least four (4) sworn affidavit(s) to him regarding various issues including the staff assault at Springfield and his deposition is material to my response to Defendants motion for summary judgement.

RECEIVED
MAR 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

[signature]

Carl Swope
Reg. No. 27196-424
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

Copy Hand delivered to Matthew Duplessis on 3-7-06 at approximately 9:15pm and mailed by institutional mail to DOJ, BOP Staff Counsel, P. Ward. on 3-8-06

Submitted,

[signature]

Carl T. Swope

United States Department of Justice
Federal Prisons System

AFFIDAVIT

State of Massachusetts )

Country of United States ) ss: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
27196-424

I, Swope, Carl, of FMC Devens, after being duly sworn, do hereby make the following statement freely and without any promise assurances:

1. That while housed at USMC Springfield on either May 24th or May 27th at approximately 9:00AM. I was brought to the Special Housing Unit Lieutenant's Office on 21EAST. Two officers that I could not name brought me to the SHU Lieutenant's Office. In that office was SIS Tech Mark Green. At this time Mr. Green stated that I was to cooperate with him or else I would get another charge. Mr. Green then demanded oral sex from me. He forced me to perform an oral sex act on him. Mr. Green stated that my report will be done shortly. There was no other staff or inmate witnesses to this action. After this I was escorted back to my cell. Shortly after I wrote a cop-out to the Chief Psychologist Dr. Denny and Associate Warden Leinweaver that I had been hurt.

NO

Page 2 of ___

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 2

Affidavit (Continued):

Name: [signature]

Page 3 of ___

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 3

Affidavit (Continued):

I have read the foregoing statement of 4 pages and it is true and correct to the best of my knowledge and belief.

Signed

Subscribed and sworn before me,

under the authority of Section 303 of Title 5, United States Code,

this _______ day of ____________________, __________.

United States Department of Justice
Federal Prisons System

AFFIDAVIT

State of Massachusetts )

Country of United States ) ss: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

I, Swope, Carl #27196-424, of FMC Devens, after being duly sworn, do hereby make the following statement freely and without any promise assurances:

1. While being housed at USMC Springfield on 21 EAST Special Housing Unit I witnessed several staff assault an inmate. The incident happened on or about between June 1 2005 and June 15 2005 on the evening watch shift right after the 4:00PM count. Only two staff took part in the assault. The inmate was Mexican who spoke very little English. The inmate was brought in by an extraction team and four point restraints were in place. Proper procedure was followed until the Lieutenant left and the door was secured. He was later removed from restraints and placed under normal status. At that time there was problems the inmate began banging on the door, communication was an issue. The OIC (cannot remember name) became irrate. The OIC radioed Lt. Moore who then contacted the Operations Lieutenant Buckmaster. The officers, who did not have emergency gear, and the Lieutenant entered the cell. The inmate was asked to calm down and the inmate kept asking for medicine in Spanish. The inmate was stripped of clothing and placed back in four point restraints. My cell was directly across. I witnessed the whole thing. The male nurse(I cannot remember his name) also entered the cell. When the nurse witnessed the inmate being struck. The nurse left the cell. I saw Lieutenant Moore strike the inmate in face with a closed fist and pushed his head against the wall. The inmate was in restraints and offered no resistance. The OIC started to strike the inmate with a closed fist around the face and choked him. Lt. Buckmaster did not strike the inmate, but watched.

CP

KA

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 2

Affidavit (Continued):

Name: ______________________

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 3

Affidavit (Continued):

I have read the foregoing statement of _____ pages and it is true and correct to the best of my knowledge and belief.

______________________
Signed

Subscribed and sworn before me, ______________________

under the authority of Section 303 of Title 5, United States Code,

this ______ day of __________________, __________.

______________________

Page 9 of 9

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 1

United States Department of Justice
Federal Prisons System

AFFIDAVIT

State of Massachusetts )

Country of United States ) ss:

I, Swope, Carl T. #27196-424, of FMC Devens, after being duly sworn, do hereby make the following statement freely and without any promise assurances:

1.

I have the ability to call BOP staff members Triplet, Danner, and Jenkins, [illegible] all worked at FCI Memphis. All staff looked up disciplinary information and location of inmates. (CS)

While at FCI Memphis I learned about key control. I knew what number keys opened what doors. I knew about 24 hour keys I knew about glass holding keys. Specifically, armory keys, SIS keys, and other departments. (CS)

I knew about advanced skills boards, STG and warden's briefings. I was in the SIS office at FCI Memphis I learned about (CS)

Page 1 of 3

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 2

Affidavit (Continued):

all information about SIS at FCI memphis. (CS)

While talking to staff at FCI memphis I was told by staff about safe housing in the event of a riot. I learned through staff about lines such as 222 and duress. (CS)

I learned through FCI memphis about gate procedures such as husband and wife teams not being able to work control. (CS)

I learned about weapons in the armory at FCI memphis through the safety office. I had a copy of MSO5 manual. I learned about chemical weapons, and all weapons in the armory. (CS)

I worked in the facilities department and I had access to the bank care statements at FCI memphis. I worked for lazy facilities foreman and I did audits and learned about bank numbers. I knew of some staff misusing a government credit card. (CS)

Name: ______________________

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 3

Affidavit (Continued):

I have read the foregoing statement of 2 pages and it is true and correct to the best of my knowledge and belief.

Signed

Subscribed and sworn before me,

under the authority of Section 303 of Title 5, United States Code,

this Mon day of March 8 2006, ________.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 1

United States Department of Justice
Federal Prisons System

AFFIDAVIT

State of Massachusetts )

Country of United States ) ss:

I, Suppe, Carl #27196-424, of FMC Devens, after being duly sworn, do hereby make the following statement freely and without any promise assurances:

1.

At FCI memphis. I took a prison roster. The US marshalls ~~took~~ took this item during transport. (CS)

I also worked in the warehouse at FCI memphis. I worked with contracts and knew access to staff pagers, cell phones, and recall numbers. All of these contracts went throught the warehouse at FCI memphis. I knew about recalled all numbers for executive staff phone numbers at FCI memphis. Cell phone for bus, the warden's cell phone, and I knew that the executive staff ~~for~~ had pagers for nationwide pages. C

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 3

Affidavit (Continued):

I wrote a memorandum for Edward Bead for his speeding ticket over $150.00 I wrote a memo for Mr. Bead for SIC at FCI Memphis. (CS)

I wrote a memorandum for the lost key at FCI Memphis I wrote the memorandum for the laundry foreman. (CS)

When I was at Camp Millington I had access to BOP identification cards. All BOP cards were kept in a filing cabinet. They kept shirts, bags, and all BOP correctional workers week gear in there. (CS)

I know about witsec information. I knew about Control Center roster with every inmate's name on it. (CS)

I have read the foregoing statement of 3 pages and it is true and correct to the best of my knowledge and belief.

[signature]
Signed

Subscribed and sworn before me, [signature]

under the authority of Section 303 of Title 5, United States Code, this March day of March 6 2006, ________.

[signature]

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 2

Affidavit (Continued):

all information about SIS at FCI memphis. (CS)

While talking to staff at FCI memphis I was told by staff about safe housing in the event of a riot. I learned through staff about lines such as 222 and duces. (CS)

I learned through FCI memphis about gate procedures such as husband and wife teams not being able to work control. (CS)

I learned about weapons in the armory at FCI memphis through the safety office. I had a copy of MSOS manual. I learned about chemical weapons, and all weapons in the armory. (CS)

I worked in the facilities department and I had access to the bank care statements at FCI memphis. I worked for lazy facilities forman and I did audits and learned about bank numbers. I knew of some staff misusing a government credit card. (CS)

Name: ______________________

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment J, Page 2

Affidavit (Continued):

I knew about the phone numbers and the main phone number (CS)

(CS)

Name: CARL T. SWOPE

UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUMBIA

CARL T. SWOPE,

PLAINTIFF,

vs.

UNITED STATES DEPARTMENT OF JUSTICE, ET, AT.,

DEFENDANT(S).

Case No. 05-2301 (RCL)

**NOTICE TO DEPOSE BY NONSTENOGRAPHIC MEANS IS HEREBY GIVEN BY PLAINTIFF TO DEFENDANTS**

Comes Now, Carl T. Swope, Plaintiff, **pro-se,** and hereby gives notice to Defendants that Plaintiff will depose "Matthew Duplessis" a SIS investigator at the Federal Medical Center located in Ayer, MA 01432 on March 22, 2006 at 7:00 p.m. This time frame is in the evening and after mainline and this officer should be available at that time should this be a problem I can work around this time and see that another time that may be more agreeable to Defendants would be more appropriate. Perhaps after the 9:00 p.m. count after movement has been stopped this staff member could arrange for me to be escorted to his office for the deposition.

Lt. Duplessis is a material witness in this case and I have provided at least four (4) sworn affidavit(s) to him regarding various issues including the staff assault at Springfield and his deposition is material to my response to Defendants motion for summary judgement.

Respectfully submitted,

______________________

Carl Swope
Reg. No. 27196-424
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432