UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL T. SWOPE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 05-2301 (RCL) |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| DEFENDANT(s). ) | |

### PLAINTIFFS MOTION FOR LEAVE OF COURT TO TAKE INTERROGATORIES FROM DEFENDANTS

Comes Now, Carl T. Swope, Plaintiff, and hereby moves this Court for leave to take interrogatories from the Defendants in the above styled case. Plaintiff is seeking leave to do this in order to file a response to Defendants motion for summary judgement.

The taking of interrogatories would in no way harm the Defendants or stall the proceedings of this court, but in fact would assist the Plaintiff in the filing of his response to the Defendants motion for summary judgement.

**WHEREFORE:** Plaintiff respectfully prays this court to grant leave for Plaintiff to take interrogatories from the Defendant(s) in the case at bar. Interest would be served in this matter and the Plaintiff could file his response to Defendants motion for summary judgement.

Respectfully submitted,

Carl T. Swope, 27196-424
FMC-DEVENS
Post Office Box 879
Ayer, MA 01432-0879

RECEIVED

MAR 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing pleading was placed in the institutions mailbox, first class postage pre-paid this _10_, day of March, 2006 to:

>Ms. Rhonda C. Fields, AUSA
>555 Fourth Street, N.W.
>Washington, D.C.  20530
>
>Respectfully submitted,
>
>_/s/ Carl T. Swope_
>Carl T. Swope, 27196-424
>FMC-DEVENS
>Post Office Box 879
>Ayer, MA  01432-0879

-2-