UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARL T. SWOPE, | ) | |
|         Petitioner, | ) | |
| v. | ) | Case No. 05-2301 (RCL) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, et al. | ) | |
|         Respondent. | ) | |

**ORDER**

Upon consideration of plaintiff's Motion for Appointment of Counsel (Docket #12), Motion for Production of Documents and Request for Extension of Time . . . (Docket # 13), Motion for Leave to Take Interrogatories from Defendant (Docket #15) and Notice of Deposition (Docket #14), and defendant's opposition thereto and request that the Notice for Deposition be quashed, it is hereby

      ORDERED that plaintiff's motions are DENIED, and it is further

      ORDERED that plaintiff's Notice for Deposition is hereby QUASHED.

Date: _____
              UNITED STATES DISTRICT JUDGE