UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL T. SWOPE,**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**<br><br>    **Defendants.** | Civil Action No. 05-2301 (RCL) |

## ORDER

In accordance with the Memorandum Opinion issued this 3rd day of July, 2006, it is

ORDERED that defendants' motion for summary judgment [10] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of the defendants. This case shall stand DISMISSED WITH PREJUDICE.

                                                _____/s/_____
                                                ROYCE C. LAMBERTH
                                                United States District Judge